IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YICK H. SIM, | No. 04-04643 CW |
|     Petitioner, | ORDER TO SHOW CAUSE |
|   v. | |
| U.S. CITIZENSHIP & IMMIGRATION SERVICES, et al., | |
|     Respondents. / | |

    Petitioner Yick Hung Sim has filed a Petition for Review of the Department of Homeland Security's Decision Denying Naturalization. The United States reported that it will reopen Petitioner's naturalization application, approve the requested waivers, and adjudicate the naturalization application favorably to Plaintiff. The United States further represented that it sought a stipulation for dismissal of the action but Petitioner declined. The Court vacated the scheduling order and ordered the United States to report when it had granted the naturalization petition. Thereafter, the United States reported that it was unable to proceed because Mr. Sims had not made himself available for a naturalization interview. Accordingly,

    IT IS HEREBY ORDERED that Petitioner shall show cause why

this case should not be dismissed as moot, or for failure to prosecute.  Petitioner shall file his response thirty days from the date of this order.  The United States may file a response fourteen days thereafter, and Petitioner may file a reply five days later.  The matter will be decided on the papers.  If Petitioner does not show cause, the case will be dismissed.  If, in the meantime, Petitioner makes himself available for interview and the United States grants his naturalization, the parties shall notify the Court.

Dated 4/20/05                          /s/ CLAUDIA WILKEN
                                       CLAUDIA WILKEN
                                       United States District Judge

2