IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YICK H. SIM, | No. 04-04643 CW |
|     Petitioner, | ORDER |
|   v. | |
| U.S. CITIZENSHIP & IMMIGRATION SERVICES, et al., | |
|     Respondents. | |

On June 3, 2007, Respondents filed a Notice of Favorable Adjudication of Naturalization Application and Request that Court Dismiss Action as Moot. Any opposition by Petitioner shall be filed by June 13, 2005. Failure to respond will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: 6/8/05  /s/ CLAUDIA WILKEN
_____
CLAUDIA WILKEN
UNITED STATED DISTRICT JUDGE