IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YICK H. SIM,

    Petitioner,

  v.

U.S. CITIZENSHIP & IMMIGRATION SERVICES, et al.,

    Respondents.
                                        /

No. 04-04643 CW

AMENDED ORDER

    On June 3, 2005, Respondents filed a Notice of Favorable Adjudication of Naturalization Application and Request that Court Dismiss Action as Moot.  Any opposition by Petitioner shall be filed by June 13, 2005.  Failure to respond will result in the dismissal of this action.

    IT IS SO ORDERED.


Dated: 6/9/05                    /s/ CLAUDIA WILKEN
                                 _____
                                 CLAUDIA WILKEN
                                 UNITED STATED DISTRICT JUDGE